**SRI ENDANG; Herman Suhendra, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 12–74056.**

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2014.*

Filed May 21, 2014.

Audra Rose Behne, Law Office of Audra R. Behne, A Professional Corporation, Encino, CA, for Petitioners.

Tracie Nicole Jones, Trial, Oil, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

MEMORANDUM **

Sri Endang and Herman Suhendra, natives and citizens of Indonesia, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir.2010). We deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' motion to reopen as untimely because the motion was filed more than four years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners did not demonstrate materially changed conditions in Indonesia to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi,* 597 F.3d at 987 (evidence must be "qualitatively different" from the evidence presented at the previous hearing). In light of this conclusion, we need not address petitioners' remaining contentions.

Finally, our review is limited to the administrative record, and thus we do not consider materials referenced in petitioners' opening brief that were not part of the record before the agency. *See Fisher v. INS,* 79 F.3d 955, 964–64 (9th Cir.1996) (en banc).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.